EXHIBIT A

GOOD DAY WE NEED THE FOLLOWING FOR
THE WEEK: 4/5-4/11

CELLPHONE 60
SEATBELTS 50
DBL PKS 65
BUS STOPS 40
TINTS 25
TRUCK RTES 2

PLEASE HAVE SUMMONS ISSUED AT APL'S:
ST JOHNS SCHENECTADY.
UTICA/ST MARKS
EPKWY/WASHINGTON
PARK/VANDERBILT
EPKWY/ALBANY
*Please be advised these are new apl locations*

PLEASE ISSUE HANDICAPPED SUMMONS ON ALL TOURS

THANK YOU

10/18/10

FOR THE WEEK OF 10/18- 10/24 WE NEED:

DBL PKRS   25
BUS STOPS  15
SEATBLTS   50
CELLPHNS   75
TINTS      6
TRUCK RTE  5


Thank you,