UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TAUREAN JOSHUA,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL,

                              Defendants.

-----------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12-cv-5484 (ALC) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-13

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Stecklow Cohen & Thompson
*Attorneys for Plaintiff*
10 Spring Street, Suite 1
New York, NY 10012
212 566 8000

By: _____
Wylie Stecklow
*Attorney for Plaintiff*

Dated: New York, New York
       January 22, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Donato, Donnelly and Bracconeri*
100 Church Street, Rm. 3-193
New York, New York 10007

By: _____
Caroline L. Chen
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE